SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LESLIE SHORTRIDGE,<br><br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | CIVIL ACTION No. 05-0004374<br>JUDGE: Melvin R. Wright<br><br>**NOTICE OF FILING**<br>**<u>NOTICE OF REMOVAL</u>** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please take notice that on June 30, 2005, defendant Eli Lilly and Company filed the attached Notice of Removal in the United States District Court for the District of Columbia.

Respectfully submitted,

ELI LILLY AND COMPANY

_____
Lawrence H. Martin, D.C. Bar # 476639
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, D.C. 20006-1238
(202) 223-1200

and

James J. Dillon, D.C. Bar # 485593
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: June 30, 2005

- 2 -

## CERTIFICATE OF SERVICE

I certify that on June 30, 2005, a true copy of the foregoing Notice of Removal was served by U.S. First Class Mail, postage prepaid, upon:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
**Attorneys for Plaintiffs**

_____
Betty Marroquin