UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESLIE SHORTRIDGE,

    Plaintiff,

v.

ELI LILLY AND COMPANY,

    Defendant.

CIVIL ACTION No.

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

**Lilly Del Mar, Inc., a British Virgin Islands Corporation**

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

ELI LILLY AND COMPANY

*/s/ Lawrence H. Martin/*

Lawrence H. Martin, D.C. Bar # 476639
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, D.C. 20006-1238
(202) 223-1200

and

                                                      James J. Dillon, D.C. Bar # 485593  
                                                      Foley Hoag LLP  
                                                      155 Seaport Boulevard  
                                                      World Trade Center West  
                                                      Boston, MA 02210-2600  
                                                      (617) 832-1000

Dated: June 30, 2005

## CERTIFICATE OF SERVICE

I certify that on June 30, 2005, a true copy of the foregoing Rule 7.1 Certification was served by U.S. First Class Mail, postage prepaid, upon:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
**Attorneys for Plaintiffs**

_____
Betty Marroquin