**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESLIE SHORTRIDGE,** ]<br>]<br>**Plaintiff,** ]<br>]<br>v. ]<br>]<br>**ELI LILLY AND COMPANY,** ]<br>]<br>**Defendant.** ] | Civil Action No.: 05-cv-1308 (RMU)<br>Next Event: Initial Scheduling Conference<br>on September 29, 2005 at 9:45 a.m. |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff LESLIE SHORTRIDGE in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046