IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LESLIE SHORTRIDGE,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ] Civil Action No.: 05 -1308 (RMU) |
| | ] **Next Event: Initial Scheduling Conference** |
| **ELI LILLY AND COMPANY,** | ] **on September 29, 2005 at 9:45 a.m.** |
| | ] |
| **Defendant.** | ] |

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

December 28, 2005:   Deadline for serving discovery requests.

January 27, 2006:   Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

February 27, 2006:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

April 28, 2006:   All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

May 30, 2006:   Deadline for filing Dispositive Motions.

July 2006:   Pre-Trial Conference.

DATED: _____     _____
RICARDO M. URBINA
United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Aaron M. Levine<br>AARON M. LEVINE, #7864<br>1320 19th Street, N.W., Suite 500<br>Washington, DC  20036<br>202-833-8040 | /s/ James J. Dillon (by permission-rm)<br>JAMES J. DILLON, #485593<br>155 Seaport Boulevard<br>Boston, MA  02210<br>617-832-1000 |
| Counsel for Plaintiff | and<br>Lawrence H. Martin, Esq.<br>FOLEY HOAG LLP<br>1875 K Street, N.W., Suite 800<br>Washington, DC  20006<br>202-223-1200 |
|  | Counsel for Defendant Eli Lilly and Company |

Dated: September 8, 2005