## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE SHORTRIDGE, et al. ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 05-cv-1308 (RMU) |
| ] | **Next Event: Initial Scheduling Conference** |
| ELI LILLY AND COMPANY, ] | **on September 29, 2005 at 9:45 a.m.** |
| ] | |
| Defendants. ] | |

### NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6, the counsel named below hereby enters his appearance as counsel for defendant Eli Lilly and Company in this action.

  /s/ Jonas Monast
Jonas Monast, DC Bar No. 479873
FOLEY HOAG LLP
1875 K Street, NW
Suite 800
Washington, DC 20006
(202) 223-1200

Dated:  September 29, 2005