UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE SHORTRIDGE,<br><br>          Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>          Defendant. | CIVIL ACTION No. 05-CV-1308 (RMU)<br><br>Next Event: Status Conference -- 3/7/06 |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Eli Lilly and Company's Consent Motion to Transfer pursuant to 28 U.S.C. § 1404(a), it is this _____ day of _____, 2005,

ORDERED that Defendants' Consent Motion is hereby granted; and it is

FURTHER ORDERED that the case be transferred to the United States District Court for the District of New Jersey (Newark Division) pursuant to 28 U.S.C. § 1404(a).

_____  
Date

_____  
Hon. Ricardo M. Urbina
U.S. District Court Judge

B3131354.2